UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT, a Political Subdivision of the State of California, 260 N San Antonio Rd, Suite A Santa Barbara, CA 93110-1315<br>   Plaintiff,<br> v.<br><br>STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, United States Environmental Protection Agency Ariel Rios Building 1200 Pennsylvania Avenue, N.W. Washington, D.C. 20460<br><br>   Defendants. | Civ. No. 1:07cv02319 |

**NOTICE OF APPEARANCE**

The Clerk of the Court is requested to note the appearance of undersigned co-counsel on behalf of the Plaintiff, Santa Barbara County, in the above-captioned matter.

Respectfully submitted,

_____/s_____
Justin P. Keating (Bar # 475602)
Beins, Axelrod, P.C.
1625 Massachusetts Ave., NW
Suite 500
Washington DC 20036
202.328.7222
FAX 202.328.7030
jkeating@beinsaxelrod.com

Dated: January 3, 2007

1