# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIENDS OF THE EARTH, *et al.*, | ) | 1:07-cv-01572 (RMC) |
| | ) | (consolidated with 1:07-cv-01744 |
| Plaintiffs, | ) | (RMC)) |
| | ) | |
| v. | ) | Judge Rosemary M. Collyer |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY and STEPHEN L. | ) | |
| JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SANTA BARBARA COUNTY AIR POLLUTION | ) | 1:07-cv-02319 (RMU) |
| CONTROL DISTRICT, a Political Subdivision of | ) | |
| the State of California, | ) | Judge Ricardo M. Urbina |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN L. JOHNSON and UNITED STATES | ) | |
| ENVIRONMENTAL PROTECTION AGENCY, | ) | |
| | ) | |
| Defendants. | ) | |

## EPA'S UNOPPOSED MOTION TO CONSOLIDATE

Pursuant to LcvR 40.5(d), Defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator of the United States Environmental Protection Agency (collectively "EPA"), move to consolidate these two cases. In support of this motion, EPA states the following:

1. On September 5, 2007, Friends of the Earth filed a complaint alleging that EPA has failed to carry out a nondiscretionary duty to promulgate regulations containing standards applicable to emissions from Category 3 marine diesel engines under Clean Air Act ("CAA")

section 213(a), 42 U.S.C. § 7547(a) and the Administrative Procedure Act, 5 U.S.C. §§ 701 et

seq. ("APA").

2.  Friends of the Earth has been assigned to Judge Rosemary M. Collyer and designated

as Case Number 1:07-cv-01572.

3.  On September 28, 2007, South Coast Air Quality Management District ("South

Coast") filed a related complaint alleging EPA has failed to carry out a nondiscretionary duty to

promulgate regulations containing standards applicable to emissions from Category 3 marine

diesel engines under Clean Air Act ("CAA") section 213(a), 42 U.S.C. § 7547(a) and the

Administrative Procedure Act, 5 U.S.C. §§ 701 et seq. ("APA").

4.  On December 21, 2007, the Court granted EPA's unopposed motion to consolidate

Friends of the Earth and South Coast, finding that the two cases shared common issues of law

and fact.  Future pleadings will be filed under Case Number 1:07-cv-01572.

5.  The Initial Scheduling Conference for Friends of the Earth and South Coast is set for

10:15 a.m. on January 10, 2008.

6.  On December 26, 2007, the Santa Barbara County Air Pollution Control District

("Santa Barbara") filed a related complaint alleging EPA has failed to carry out a

nondiscretionary duty to promulgate regulations containing standards applicable to emissions

from Category 3 marine diesel engines under Clean Air Act ("CAA") section 213(a), 42 U.S.C. §

7547(a) and the Administrative Procedure Act, 5 U.S.C. §§ 701 et seq. ("APA").

7.  Santa Barbara has been assigned to Judge Ricardo M. Urbina and designated as 1:07-

cv-02319-RMU[1/].

8. On January 4, 2008, counsel for EPA contacted Ms. Sarah Burt, counsel for Friends of the Earth in Case Number 1:07-cv-01572-RMC, who stated that Friends of the Earth does not oppose this motion. Counsel for EPA also contacted Ms. Barbara Baird, counsel for South Coast in Case Number 1:07-cv-01572-RMC, who stated that South Coast does not oppose this motion for consolidation. Counsel for EPA also contacted Mr. Jonathan Axelrod and Mr. William Dillon, counsel for Santa Barbara in 1:07-cv-01572-RMU, who stated that Santa Barbara does not oppose this motion for consolidation.

9. Because Friends of the Earth, South Coast, and Santa Barbara involve the same allegation of EPA's failure to carry out the same alleged nondiscretionary duty, consolidation of these cases will avoid duplication of filings and proceedings, as well as the risk of inconsistent results, and otherwise conserve the resources of the Court and the parties.

10. Counsel for Santa Barbara has communicated to counsel for EPA that counsel for Santa Barbara are available to appear by telephone in the Initial Scheduling Conference, currently scheduled for 10:15 a.m. on January 10, 2008, should the Court grant this motion.

WHEREFORE, EPA respectfully requests that the Court grant this motion to consolidate these two cases.

---

[1/] To Defendant EPA's knowledge, service on the defendants in Santa Barbara v. Johnson, 1:07-cv-01572-RMU, has not yet been completed. EPA does not waive any defenses arising from incomplete service.

3

Respectfully submitted,
RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ CHRISTINA L. RICHMOND
CHRISTINA L. RICHMOND
Environmental Defense Section
United States Department of Justice
Post Office Box 23986
Washington, D.C.  20026-3986
telephone: (202) 514-3376
fax: (202) 514-8865
christina.richmond2@usdoj.gov

Attorneys for Defendants

Dated: January 4, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the Electronic Case Filing ("ECF") System of this Court, which will send notification of such filing to the following attorneys of record who have registered ECF email addresses with this Court: James S. Pew, Michael R. Sherwood, Sarah Burt, Khatereh S. Ghiladi, Barbara Baird, Kurt Rowland Wiese, Jonathan G. Axelrod, and Justin P. Keating. I further certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Michael Ray Harris
South Coast Air Quality Management District
21865 Copley Drive
Diamond Bar, CA 91765
(909) 396-3460

/s/ CHRISTINA L. RICHMOND
Christina L. Richmond

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRIENDS OF THE EARTH, *et al.*, | ) | 1:07-cv-01572 |
| | ) | |
| Plaintiffs, | ) | (consolidated with 1:07-cv-01744 |
| | ) | (RMC) and 1:07-cv-02319 (RMU)) |
| v. | ) | |
| | ) | Judge Rosemary M. Collyer |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY and STEPHEN L. | ) | |
| JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PROPOSED ORDER**

Before the Court is the unopposed motion to consolidate <u>Friends of the Earth, et al. v.</u>

<u>EPA</u>, No. 1:07-cv-01572 (RMC) and <u>Santa Barbara County Air Pollution Control District v.</u>

<u>Johnson</u>, No. 1:07-cv-02319 (RMU).  Pursuant to Rule 42 of the Federal Rules of Civil

Procedure, the Court has determined that there are common issues of law and fact that

necessitate consolidation of Civil Nos. 1:07-cv-01572 (RMC) and 1:07-cv-02319 (RMU).

Accordingly, it is hereby:

ORDERED that the motion to consolidate be granted.

SO ORDERED.

_____
ROSEMARY M. COLLYER
United States District Judge

Dated: _____