CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SANTA BARABARA CO.            )
 AIR POLLUTION CONTROL    )
       ETC.                              )
       Plaintiff                 )
                                             )
                                             )
      v.                                )       Civil Case Number 07-2319 (RMC)
                                             )
                                             )
                                             )
JOHNSON                          )       Category    C
                                             )
                                             )
       Defendants         )

### REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on January 7, 2008 from

Judge Ricardo M. Urbina to Judge Rosemary M. Collyer by direction of the

Calendar Committee.

(Case related to CA 07-1572 before Judge Collyer)

                                         JUDGE ELLEN S. HUVELLE
                                         Chair, Calendar and Case
                                         Management Committee

cc:   Judge Collyer & Courtroom Deputy
      Judge Urbina & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk